IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANIEL FIDOE,** *et al.*,<br><br>                *Plaintiffs,*<br><br>    v.<br><br>**CITY OF TWINSBURG,** *et al.*,<br><br>                *Defendants.* | Case No.: 5:26-cv-01011<br><br>Judge Sara Lioi<br><br>Magistrate Judge Amanda M. Knapp |

**NOTICE OF EXECUTED WAIVER OF SERVICE**

Plaintiffs Daniel Fidoe and Olivia Bartulovic respectfully give notice that Defendants

Poly-Tech Associates, Inc. and William D. Evans II have waived service.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs Daniel Fidoe and*
*Olivia Bartulovic*

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2026, this document was served on opposing counsel as

provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs Daniel Fidoe and*
*Olivia Bartulovic*