IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANIEL FIDOE**, *et al.*,<br>          *Plaintiffs,*<br><br>v.<br><br>**CITY OF TWINSBURG**, *et al.*,<br>          *Defendants.* | Case No.: 1:26-cv-01011<br><br>Judge Sara Lioi<br><br>Magistrate Judge Amanda M. Knapp |
| **FED. R. CIV. P. 4(D) WAIVER OF THE SERVICE OF SUMMONS** | |

To Brian D. Bardwell:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 26, 2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

_____          7-6-2026
Signature of the attorney or unrepresented party          Date

Bryan L. Penrose, Esq. (Oh S.Ct#0074134)
Koblentz, Penrose & Froning, LLC
Printed name    Counsel for Defendant William D. Evans, II

3 Summit Park Dr., Ste 440
Independence, OH 44131
Address

bryan @ Koblentzlaw.com
E-mail address

(216) 621-3012
Telephone number