AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Ohio

| | |
|---|---|
| Daniel Fidoe and <br> Olivia Bartulovic <br><br><br> _Plaintiff(s)_ <br><br> v. <br> City of Twinsburg; Thomas Mason; <br> Brian Donato; Sam Scaffide; <br> William D. Evans II; and <br> Poly-Tech Associates, Inc. <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 5:26-cv-01011-SL |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  City of Twinsburg
c/o Matthew Vazzana, Law Director
10075 Ravenna Road
Twinsburg, OH 44087

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

5:26-cv-01011-SL

City of Twinsburg

0.00

5:26-cv-01011-SL