IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANIEL FIDOE, ET AL.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**CITY OF TWINSBURG, ET AL.,**<br><br>*Defendants.* | Case No.: 5:26-cv-01011-SL |

**NOTICE OF APPEARANCE**

Now comes Alex F. Freitag of Speech Law, LLC, and hereby enters his appearance as additional counsel of record on behalf of Plaintiffs Daniel Fidoe and Olivia Bartulovic in the above-captioned matter. Brian D. Bardwell of Speech Law, LLC remains counsel of record for Plaintiffs. Please direct all future Court notices and correspondence to undersigned counsel and to Mr. Bardwell.

Respectfully submitted,

/s/ Alex F. Freitag
Alex F. Freitag (0089336)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
Phone: (513) 549-5517
Email: Alex.Freitag@speech.law

Additional Counsel for Plaintiffs
Daniel Fidoe and Olivia Bartulovic

## CERTIFICATE OF SERVICE

I certify that on July 17, 2026, this document was filed and served through the Court's

CM/ECF system, which will send notification of this filing to all counsel of record, as provided

by Fed. R. Civ. P. 5.

/s/ Alex F. Freitag
Alex F. Freitag (0089336)