IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL FIDOE, *ET AL.,* | ) | CASE NO: 5:26-cv-01011 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CHIEF JUDGE SARA LIOI |
| v. | ) | |
| | ) | |
| CITY OF TWINSBURG, *ET AL.,* | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS, CITY OF TWINSBURG, THOMAS MASON, BRIAN DONATO AND SAM SCAFFIDE'S, NOTICE OF APPEARANCE OF COUNSEL

Sara Ravas Cooper, Max V. Rieker, and Brad Zebedis of the law firm WESTON HURD LLP, located at 1300 E. Ninth Street, Suite 1400, Cleveland, Ohio 44114, as well as Matthew J. Vazzana, Esq., Law Director of the City of Twinsburg, 10075 Ravenna Road, Twinsburg, Ohio 44087, hereby enter their notice of appearance as attorneys of record for Defendants, City of Twinsburg, Thomas Mason, Brian Donato, and Sam Scaffide.  All pleadings, orders, notices, and correspondence relating to this action should be served upon Ms. Cooper, Mr. Rieker, Mr. Zebedis, and Mr. Vazzana.

Respectfully submitted,

*/s/ Sara Ravas Cooper*

Sara Ravas Cooper (Reg. No. 0076543)
  Email: scooper@westonhurd.com
  Direct Dial: 216.687.3364
Max V. Rieker (Reg. No. 0081494)
  Email:  mrieker@westonhurd.com
  Direct Dial: 216.687.3376
Brad M. Zebedis (Reg. No. 0097095)
  Email:  bzebedis@westonhurd.com
  Direct Dial: 216-687-3235

**WESTON HURD LLP**

1300 East 9th Street, Suite 1400
Cleveland, Ohio 44114-1862

*Counsel on behalf of Defendants, City of Twinsburg, Thomas Mason, Brian Donato, and Sam Scaffide*

~ and ~

*/s/ Matthew J. Vazzana*

Matthew J. Vazzana, Esq. (0087804)
City of Twinsburg Law Director
10075 Ravenna Road
Twinsburg, Ohio 44087
Telephone: (330) 963-6248
Fax: (330) 963-6251
Email: mvazzana@twinsburg.oh.us

*Co-Counsel on behalf of Defendants, City of Twinsburg, Thomas Mason, Brian Donato, and Sam Scaffide*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Sara Ravas Cooper
One of the Attorneys for Defendants,
City of Twinsburg, Thomas Mason, Brian Donato,
and Sam Scaffide