IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANIEL FIDOE,** *et al.*,<br>*Plaintiffs*,<br>v.<br>**CITY OF TWINSBURG,** *et al.*,<br>*Defendants*. | Case No.: 5:26-cv-01011<br><br>Judge Sara Lioi<br><br>Magistrate Judge Amanda M. Knapp |

**PLAINTIFFS' PRELIMINARY FEE ESTIMATE**

Plaintiffs respectfully submit this the following preliminary estimate of attorney's fees and costs expected to be the subject of their petition for attorney's fees.

| **Attorney's Fees** | |
|---|---|
| Preliminary Investigation/Filing Complaint | $54,000.00 |
| Procedural Motions Practice | $27,000.00 |
| Discovery | $216,000.00 |
| Dispositive Motions Practice | $108,000.00 |
| Settlement Negotiations | $18,000.00 |
| Trial | $162,000.00 |
| **Total Fees** | **$585,000.00** |

| **Costs** | |
|---|---|
| Depositions | $40,000.00 |
| Experts | $60,000.00 |
| Witness Fees | $1,500.00 |
| Other | $15,000.00 |
| **Total Costs** | **$116,500.00** |

Respectfully submitted,

*/s/Brian D. Bardwell*

Brian D. Bardwell (0098423)
Alex F. Freitag (0089336)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
alex.freitag@speech.law
*Attorney for Plaintiffs Daniel Fidoe and Olivia Bartulovic*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs Daniel Fidoe and Olivia Bartulovic*