UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL FIDOE, et al., | ) | Case No. 5:26-cv-1011 |
| | ) | |
| Plaintiffs, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| CITY OF TWINSBURG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF PARTIES' PLANNING MEETING UNDER FED.R.CIV.P. 26(f) AND LOC.R. 16.3(b)**

Pursuant to Fed.R.Civ.P. 26(f) and Loc.R. 16.3(b), Plaintiffs, Daniel Fidoe and Olivia Bartulovic (collectively, "Plaintiffs"), and Defendants, the City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato, and Mayor Sam Scaffide, William D. Evans II, and Poly-Tech Associates, Inc. (Plaintiffs, the City Defendants,[1] and the Poly-Tech Defendants,[2] collectively, the "Parties") jointly submit this planning meeting report:

1. The Fed.R.Civ.P. 26(f) and L.R. 16.3(b)(3) conference was conducted electronically and/or telephonically on September 6, 2026, September 8, 2026, September 14, 2026, September 17, 2026, and September 18, 2026, by counsel for Plaintiffs, Brian D. Bardwell and Alex F. Freitag, counsel for the City Defendants, Sara Ravas Cooper, and

[1] The "City Defendants" are comprised of the City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato, and Mayor Sam Scaffide.

[2] The "Poly-Tech Defendants" are comprised of William D. Evans II, and Poly-Tech Associates, Inc.

counsel for the Poly-Tech Defendants, Richard S. Koblentz, Bryan L. Penvose, Nicholas E. Froning, and Stephen W. Gard.

2. Lead counsel for Plaintiffs is: Alex Freitag.

   Lead counsel for the City Defendants is: Sara Ravas Cooper.

   Lead counsel for the Poly-Tech Defendants is: Stephen W. Gard.

3. The Parties have exchanged the pre-discovery disclosures required by Fed.R.Civ.P. 26(a)(1) and the Court's *Case Management Conference Scheduling Order* (ECF No. 14, PageID #: 149).

4. The Parties recommend a standard case management track.

5. This case is NOT suitable for Alternative Dispute Resolution at this time. Should that determination change, the Parties will promptly contact the Court.

6. The Parties do NOT consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

7. **Briefly describe the subject of the litigation**:

   ***Plaintiffs' position:*** Plaintiffs are two former Twinsburg police officers. On January 29, 2024, their counsel requested public records concerning incidents involving Chief Mason's family; two days later, Chief Mason issued both Plaintiffs notices of investigatory interviews. The City then had the Poly-Tech Defendants administer polygraph examinations to both Plaintiffs and, on April 30, 2024, issued both Plaintiffs notices of termination. Plaintiffs allege that Defendants investigated, examined, and discharged them in retaliation for protected activity and in violation of equal protection, and they bring claims under 42 U.S.C. §§ 1983 and 1985(3) and Ohio law.

   ***The City Defendants' position*****:** Plaintiffs, both former members of the Twinsburg Police Department as well as the Ohio Patrolmen's Benevolent Association, take issue with their April 30, 2024 termination from the city police force as well as the various investigatory and disciplinary actions of the City Defendants in relation to the same – including, for example, the April 12, 2024 polygraph examinations administered to Plaintiffs by the Poly-Tech Defendants at the request of the Defendant, the City of Twinsburg.

Notably, Plaintiff Fidoe's termination was upheld in the March 28, 2024 Decision reached following hearing and testimony *In the matter of Arbitration between the Ohio Patrolmen's Benevolent Association and the City of Twinsburg* (whereby it was established, amongst other things, that "Officer Fidoe violated TPD standards" and "that the City had just cause to discharge Officer Fidoe").

Equally significant, Plaintiff Bartulovic agreed that she not only voluntarily resigned from employment with the City of Twinsburg Police Department, but also that she released nearly all of her at-issue claims against the City Defendants pursuant to a September 20, 2025 *Settlement Agreement and Release*.

Nonetheless, despite the arbitrator's conclusions and the undisputed existence of this settlement agreement, Plaintiffs raise the following claims against the City Defendants:

1. Alleged First Amendment retaliation (42 U.S.C. § 1983);
2. Alleged Equal Protection violations (42 U.S.C. § 1983);
3. Alleged conspiracy to interfere with civil rights (42 U.S.C. § 1985(3));
4. Alleged interference with civil rights pursuant to R.C. §§ 2307.60 and 2921.45;
5. Alleged wrongful termination in violation of public policy; and
6. Alleged falsification in violation of R.C. § 2921.13.

It is the City Defendants' position that all of Plaintiffs' claims are without merit.

***The Poly-Tech Defendants' position*:** Defendant William D. Evans II, the owner of Poly-Tech Associates, Inc., was engaged as an independent contractor by the City of Twinsburg to conduct a polygraph examination of each of the Plaintiffs on only one of the numerous grounds for termination, Plaintiffs each failed the exam and Plaintiff Fidoe admitted his answers were false and at the Arbitration stipulated to the exam and the reports of two polygraph experts in support of the exam results. Plaintiff Bartulovic voluntarily resigned from Twinsburg. After a full-blown Arbitration hearing the Arbitrator affirmed the termination of Plaintiff Fidoe on grounds entirely unrelated to the issues addressed in the polygraph examination. In short, Poly-Tech Associates and William Evans engaged in no conspiracy, no wrongdoing and caused Plaintiffs no harm.

8. **Recommended cut-off date for amending the pleadings and/or adding additional parties**: Plaintiffs propose December 1, 2026, or 30 days after the filing of any motion under Fed.R.Civ.P 12, whichever is later. The City Defendants and Poly-Tech Defendants propose October 1, 2026 – with any subsequent amendments subject to Fed.R.Civ.P. 15 and the applicable case law.

**9. Recommended Discovery Plan**

(a) **Keeping in mind the proportionality requirements of Fed.R.Civ.P. 26(b)(1), describe the subjects on which discovery is to be sought and the nature and extent of discovery:** The Parties submit that discovery will include, but not be limited to: the allegations in Plaintiffs' Complaint; Defendants' defenses to the same; whether additional defenses may be applicable to Defendants; and what damages, if any, Plaintiffs have sustained. The Parties anticipate serving written discovery on these issues as well as taking depositions – including the depositions of any expert(s) Plaintiffs or Defendants may identify.

(b) **Non-Expert Discovery cut-off date:** April 1, 2027

(c) **Electronic discovery:** The Parties have discussed disclosure, discovery, and preservation of electronically stored information, including the form or forms in which it should be produced. To that end, the Parties agree to the protocol set forth in Appendix K of the Local Rules of the United States District Court, Northern District of Ohio.

(d) **Expert report due date for party with burden of proof:** 60 days following the Court's ruling on the Parties' dispositive motions, if any

(e) **Rebuttal expert report due date:** 60 days following receipt of expert report(s) for the party with the burden of proof

(f) **Expert discovery cut-off date:** 60 days following receipt of rebuttal expert report(s)

10. **Recommended Dispositive Motion Plan:**

(a) **Dispositive motion due date:** May 17, 2027

(b) **Opposition to dispositive motion due date:** June 17, 2027

(c) **Replies in support of dispositive motion due date:** July 1, 2027

11. **Recommended date for a status hearing:** Week of March 1, 2027 (prior to the proposed April 1, 2027 non-expert discovery deadline) based on the Court's availability.

12. **Recommended date for a final pretrial conference:** To be determined following the Court's ruling on the Parties' dispositive motion(s).

13. **Recommended trial date:** To be determined following the Court's ruling on the Parties' dispositive motion(s).

14. **Other matters for the attention of the Court:**

**Proposed Stipulated Protective Order:** It is the Parties' position that confidential and sensitive information may be sought during discovery – specifically, Plaintiffs' personal/medical documentation produced/obtained during discovery purporting to relate to alleged damages. To that end, a proposed stipulated protective order (that is substantially the same as that found at Appendix L to the Local Rules) which is attached as **Exhibit A** for the Court's consideration and, if approved, adoption.

Respectfully submitted,

/s/ *Alex F. Freitag*
Brian D. Bardwell (Reg. No. 0098423)
Email: brian.bardwell@speech.law
Phone: 216.912.2195
Alex F. Freitag (Reg. No. 0089336)
Email: alex.freitag@speech.law
Phone: 513.549.5517
SPEECH LAW LLC, Suite 400
4403 St. Clair Avenue
Cleveland, OH 44103-1125

*Counsel for Plaintiffs, Olivia Bartulovic and Daniel Fidoe*

/s/ *Stephen W. Gard*
Stephen W. Gard (0001150) – Lead Counsel
Richard S. Koblentz (0002677)
Email: Rich@Koblentzlaw.com
Bryan L. Penvose (00741340)
Email: Bryan@Koblentzlaw.com
Nicholas E. Froning (0091755)
Email: Nick@Koblentzlaw.com
KOBLENTZ, PENVOSE, & FRONING LLC
3 Summit Park Drive, Suite 440
Cleveland, OH 44131
Phone: (216) 621-3012
Fax: (216) 621-6567

*Counsel for Defendants, William D. Evans II and Poly-Tech Associates, Inc.*

/s/ *Sara Ravas Cooper*
Sara Ravas Cooper (Reg. No. 0076543)
Email: scooper@westonhurd.com
Direct Dial: 216.687.3364
Max V. Rieker (Reg. No. 0081494)
Email: mrieker@westonhurd.com
Direct Dial: 216.687.3376
Brad M. Zebedis (Reg. No. 0097095)
Email: bzebedis@westonhurd.com
Direct Dial: 216-687-3235
WESTON HURD LLP
1300 E. Ninth Street, Suite 1400
Cleveland, Ohio 44114
Fax: 216.621.8369

*Counsel for Defendants, City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato and Mayor Sam Scaffide*

*~ and ~*

*/s/ Matthew J. Vazzana*
Matthew J. Vazzana, Esq. (Reg. No. 0087804)
Email: mvazzana@twinsburg.oh.us
City of Twinsburg Law Director
10075 Ravenna Road
Twinsburg, Ohio 44087
Telephone: (330) 963-6248
Fax: (330) 963-6251

*Co-Counsel on behalf of Defendants, City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato, and Mayor Sam Scaffide*

**CERTIFICATE OF SERVICE**

I certify that the foregoing has been filed this 18th day of September, 2026 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

*/s/ Sara Ravas Cooper*
Sara Ravas Cooper
*One of the Attorneys for Defendants, City of Twinsburg, Chief Thomas Mason, Lt. Brian Donato, and Mayor Sam Scaffide*