**BEFORE THE FEDERAL MEDIATION AND CONCILIATION SERVICE**

| | |
|---|---|
| OHIO PATROLMEN'S BENEVOLENT ASSOCIATION / DANIEL FIDOE<br><br>Union/Grievant,<br><br>v.<br><br>CITY OF TWINSBURG, OHIO,<br><br>Employer. | CASE NO.: 240515-06160<br><br>ARBITRATOR:<br>RICHARD BALES<br><br>**JOINT STIPULATIONS** |

The Ohio Patrolmen's Benevolent Association and the City of Twinsburg respectfully submit these Joint Stipulations to be entered into the record as evidence for the above-captioned arbitration matter:

1. The curriculum vitae of William D. Evans, II, M.S., J.D., A.C.P., which has been marked as **City Exhibit 14** is admitted into evidence.
2. The Ohio Patrolmen's Benevolent Association has previously hired William D. Evans and his company, Poly-Tech Associates, Inc., for polygraph services and has used William D. Evans and Poly-Tech Associates, Inc.'s work product.
3. William D. Evans and Poly-Tech Associates, Inc. polygraphed Grievant Daniel Fidoe and, in accordance with the April 12, 2024 report marked as **Joint Exhibit 9**, found the Grievant to have been deceptive.
4. The curriculum vitae of Kenneth L. Butler, A.C.P., which has been marked as **City Exhibit 18** is admitted into evidence.
5. **City Exhibit 19**, the peer review of William D. Evans and Poly-Tech Associates, Inc.'s April 12, 2024 polygraph examination, authored by Kenneth Butler, A.C.P. is admitted into evidence.

Ex. 3 - Joint Sitpulations

EXHIBIT
Joint Stipulation
PENGAD 800-631-6989

6. **City Exhibit 20**, the peer review of William D. Evans and Poly-Tech Associates, Inc.'s April 12, 2024 polygraph examination, authored by Thomas P. McLaughlin is admitted into evidence.

IT IS SO AGREED AND ORDERED:

Arbitrator Richard Bales

Respectfully submitted,

For the City:

Max V. Rieker (0081494)
mrieker@westonhurd.com
Brad M. Zebedis (0097095)
bzebedis@westonhurd.com
WESTON HURD LLP
1300 E. Ninth Street, Ste. 1400
Cleveland, Ohio 44114
Phone: (216) 241-6602
Fax: (216) 621-8369

Matthew J. Vazzana (0087804)
mvazzana@TWINSBURG.oh.us
LAW DIRECTOR, CITY OF TWINSBURG
10075 Ravenna Road
Twinsburg, Ohio 44087
Phone: (330) 963-6248
Fax: (330) 963-6251

For the OPBA:

Adam Chaloupka (0089193)
achaloupka@opba.com
OHIO PATROLMEN'S BENEVOLENT ASSOCIATION
323 W. Lakeside Ave., Ste. 210
Cleveland, Ohio 44113
Phone: (440) 237-7900
Fax: (440) 237-6446