UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL FIDOE, et al., | ) | Case No. 5:26-cv-1011 |
| | ) | |
| Plaintiffs, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| CITY OF TWINSBURG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF FILING PROPOSED STIPULATED PROTECTIVE ORDER**

Now come Plaintiffs, Daniel Fidoe and Olivia Bartulovic (collectively, "Plaintiffs"), and Defendants, the City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato, and Mayor Sam Scaffide, William D. Evans II, and Poly-Tech Associates, Inc. (Plaintiffs, the City Defendants,[1] and the Poly-Tech Defendants,[2] collectively, the "Parties") who agree that a confidentiality order is necessary to protect confidential information in this matter. The Parties' proposed Stipulated Protective Order is attached as Exhibit A for the Court's review and approval. Consistent with the Court's directive during the Case Management Conference (see September 24, 2026 non-document *Minutes of Proceedings*), the Parties revised the proposed order to comport with Section 6 of Appendix L of the Court's local rules.

[1] The "City Defendants" are comprised of the City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato, and Mayor Sam Scaffide.

[2] The "Poly-Tech Defendants" are comprised of William D. Evans II, and Poly-Tech Associates, Inc.

Respectfully submitted,

/s/ *Alex F. Freitag* (per email consent 10/12/26)
Brian D. Bardwell (Reg. No. 0098423)
Email: brian.bardwell@speech.law
Phone: 216.912.2195
Alex F. Freitag (Reg. No. 0089336)
Email: alex.freitag@speech.law
Phone: 513.549.5517
SPEECH LAW LLC, Suite 400
4403 St. Clair Avenue
Cleveland, OH 44103-1125

*Counsel for Plaintiffs, Olivia Bartulovic and Daniel Fidoe*

/s/ *Bryan Penvose* (per email consent 10/14/26)
Stephen W. Gard (0001150) – Lead Counsel
Richard S. Koblentz (0002677)
Email: Rich@Koblentzlaw.com
Bryan L. Penvose (0074134)
Email: Bryan@Koblentzlaw.com
Nicholas E. Froning (0091755)
Email: Nick@Koblentzlaw.com
KOBLENTZ, PENVOSE, & FRONING LLC
3 Summit Park Drive, Suite 440
Cleveland, OH 44131
Phone: (216) 621-3012
Fax: (216) 621-6567

*Counsel for Defendants, William D. Evans II and Poly-Tech Associates, Inc.*

/s/ *Sara Ravas Cooper*
Sara Ravas Cooper (Reg. No. 0076543)
Email: scooper@westonhurd.com
Direct Dial: 216.687.3364
Max V. Rieker (Reg. No. 0081494)
Email: mrieker@westonhurd.com
Direct Dial: 216.687.3376
Brad M. Zebedis (Reg. No. 0097095)
Email: bzebedis@westonhurd.com
Direct Dial: 216-687-3235
WESTON HURD LLP
1300 E. Ninth Street, Suite 1400
Cleveland, Ohio 44114
Fax: 216.621.8369

*Counsel for Defendants, City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato and Mayor Sam Scaffide*

*~ and ~*

*/s/ Matthew J. Vazzana*
Matthew J. Vazzana, Esq. (Reg. No. 0087804)
Email: mvazzana@twinsburg.oh.us
City of Twinsburg Law Director
10075 Ravenna Road
Twinsburg, Ohio 44087
Telephone: (330) 963-6248
Fax: (330) 963-6251

*Co-Counsel on behalf of Defendants, City of Twinsburg, Chief Thomas Mason, Lieutenant Brian Donato, and Mayor Sam Scaffide*

**CERTIFICATE OF SERVICE**

I certify that the foregoing has been filed this 15th day of October, 2026 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

*/s/ Sara Ravas Cooper*
Sara Ravas Cooper
*One of the Attorneys for Defendants, City of Twinsburg, Chief Thomas Mason, Lt. Brian Donato, and Mayor Sam Scaffide*