UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANIEL FIDOE, ET AL.,**<br>*Plaintiffs,*<br>v.<br>**CITY OF TWINSBURG, ET AL.,**<br>*Defendants.* | Case No.: 5:26-cv-01011-SL<br><br>Chief Judge Sara Lioi<br><br>Magistrate Judge Amanda M. Knapp |

**JOINT STATUS REPORT**

Pursuant to Section II of the Court's Case Management Plan and Trial Order (Doc. No. 22 at 2), Plaintiffs Daniel Fidoe and Olivia Bartulovic, Defendants City of Twinsburg, Thomas Mason, Brian Donato, and Sam Scaffide (the "City Defendants"), and Defendants William D. Evans, II and Poly-Tech Associates, Inc. (the "Poly-Tech Defendants") submit this Joint Status Report for the period beginning September 24, 2026.

## I. Discovery

The Poly-Tech Defendants served interrogatories, requests for production, and requests for admission on each Plaintiff on September 25, 2026. Plaintiffs served their responses to the requests for admission on October 22, 2026. By agreement of counsel, Plaintiffs' answers and responses to the interrogatories and requests for production are due November 25, 2026.

Plaintiffs served interrogatories, requests for production, and requests for admission on each Defendant on October 22, 2026. Defendants' responses are due November 23, 2026.

The City of Twinsburg served interrogatories and requests for production, and Thomas Mason served interrogatories, on each Plaintiff on October 23, 2026. Plaintiffs' answers and responses are due November 23, 2026.

The City Defendants made supplemental document productions on September 30 and October 15, 2026, including records received in response to the third-party document subpoenas they noticed on September 18, 2026. The Poly-Tech Defendants gave notice on October 12, 2026, of six third-party document subpoenas with a compliance date of November 10, 2026, and on November 2, 2026, of a document subpoena to the National Polygraph Association with a compliance date of November 25, 2026.

## II. Settlement Discussions

The parties have not engaged in settlement discussions during the reporting period.

## III. Motions

The Poly-Tech Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Doc. No. 19) is fully briefed (Doc. Nos. 20, 21) and remains pending. On October 15, 2026, the parties filed a joint notice of filing of a proposed stipulated protective order (Doc. No. 23), and the Court entered the Stipulated Protective Order the same day (Doc. No. 24). No other motion was filed during the reporting period.

## IV. Schedule

The parties are not aware of any development that would give rise to a request to deviate from the schedule set in the Case Management Plan and Trial Order.

Respectfully submitted,

*/s/ Alex F. Freitag*

Alex F. Freitag (0089336)
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103-1125
513-549-5517 Phone
alex.freitag@speech.law
brian.bardwell@speech.law

Attorneys for Plaintiffs Daniel Fidoe and Olivia Bartulovic

~ and ~

*/s/ Sara Ravas Cooper (by consent)*

Sara Ravas Cooper (0076543)
Max V. Rieker (0081494)
Brad M. Zebedis (0097095)
Weston Hurd LLP
1300 East 9th Street, Suite 1400
Cleveland, Ohio 44114-1862
scooper@westonhurd.com

Matthew J. Vazzana (0087804)
City of Twinsburg Law Director
10075 Ravenna Road
Twinsburg, Ohio 44087
mvazzana@twinsburg.oh.us

Attorneys for Defendants City of Twinsburg, Thomas Mason, Brian Donato, and Sam Scaffide

~ and ~

*/s/ Bryan L. Penvose (by consent)*
Stephen W. Gard (0001150), Lead Counsel
Richard S. Koblentz (0002677)
Bryan L. Penvose (0074134)
Nicholas E. Froning (0091755)
Koblentz, Penvose & Froning LLC
3 Summit Park Drive, Suite 440
Cleveland, OH 44131
bryan@koblentzlaw.com

Attorneys for Defendants William D. Evans, II and Poly-Tech Associates, Inc.

## CERTIFICATE OF SERVICE

I certify that on November 9, 2026, this document was filed through the Court's CM/ECF system, which will serve all counsel of record as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Alex F. Freitag*
Alex F. Freitag (0089336)
Attorney for Plaintiffs Daniel Fidoe and Olivia Bartulovic